1 **CAROL ANN MOSES #164193**
Attorney at Law
2 545 East Alluvial, Suite 112
Fresno, California 93720
3 Telephone (559) 449-9069
Facsimile (559) 449-9016
4

5 Attorney for Defendant, SHAUNA LEARY

6

7

8 UNITED STATES DISTRICT COURT

9 EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT, ) | CASE #6:06-mj-00227-WMW |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| ) | UNTIL FEBRUARY 20, 2007 |
| ) | |
| vs. ) | |
| ) | |
| SHAUNA LEARY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

IT IS HEREBY STIPULATED by and between the Defendant, SHAUNA LEARY, her Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government, ELIZABETH WALDOW, that the Status Conference in the above-captioned matter currently scheduled for January 23, 2007, at 10:00 a.m. be continued until February 20, 2007 at 10:00 a.m. as the plea agreement has not been returned.

Dated:   January 17, 2007

By: /S/ Carol Ann Moses
     CAROL ANN MOSES
     Attorney for Defendant
     SHAUNA LEARY

Dated:   January 18, 2007

By: /S/ Elizabeth Waldow
     Elizabeth Waldow
     Legal Officer for
     United States Government

1
STIPULATION TO CONTINUE  STATUS CONFERENCE AND ORDER THEREON

1
2                               * * * ORDER * * *
3      The Court, having reviewed the above request for a Continuance of Status Conference
4 until February 20, 2007 and Order Thereon, HEREBY ORDERS AS FOLLOWS:
5      1.     The Status Conference Hearing for Defendant, SHAUNA LEARY, shall be
6             continued to February 20, 2007 at 10:00 a.m.
7 Dated: _____, 2007
                                              By: _____
8                                                  WILLIAM M WUNDERLICH
                                                   United States Magistrate Judge
9
                              IT IS SO ORDERED.
10
         Dated:   **January 22, 2007**         /s/  **William M. Wunderlich**
11                      mmkd34UNITED STATES MAGISTRATE JUDGE